Isaac Davis, Respondent, *v.* The Grand Rapids Fire Insurance Company, Appellant.

*Davis* v. *Grand Rapids F. Ins. Co.,* 15 Misc. Rep. 263, affirmed.
(Argued October 7, 1898; decided October 25, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of Buffalo, entered December 28, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Adelbert Moot* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

William Duffus, Respondent, *v.* Christopher Schwinger et al., Appellants.

*Duffus* v. *Schwinger,* 92 Hun, 70, affirmed.
(Argued October 7, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered December 27, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*George W. Cothran* for appellants.

*Walter S. MacGregor* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN and VANN, JJ., not sitting.